IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Appellee, | * | |
| v. | * | Appeal No. 23-4466 |
| **JOSEPH WILLIAMS,** | * | |
| Appellant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**RESPONSE TO MOTION TO DISMISS APPEAL**

The United States of America does not object to the dismissal of Appellant's appeal under Fed. R. App. P. 42(b).

Respectfully submitted,

Erek L. Barron
United States Attorney

/s/
Kim Y. Hagan
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4944

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2023, a copy of the foregoing motion was served via ECF to counsel of record.

/s/
Kim Y. Hagan
Assistant United States Attorney